

# NUMBER 13-25-00203-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**DANIEL SANDERS AND
DIANE SUCHOCHLEB-SANDERS,** Appellants,

**v.**

**REGINA DRAPER,** Appellee.

---

## ON APPEAL FROM THE 200TH DISTRICT COURT
## OF TRAVIS COUNTY, TEXAS

---

# MEMORANDUM OPINION

### Before Justices Silva, Peña, and Cron
### Memorandum Opinion by Justice Silva

This cause is before the Court on appellants' amended motion to dismiss appeal.[1]

The parties have entered into a settlement agreement that disposes of all claims relevant

to the appeal, and appellants now request that the appeal be dismissed.

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket

The Court, having considered appellants' amended motion to dismiss appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellants' motion to dismiss is granted, and the appeal is hereby dismissed. The costs are taxed against the appellants. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
12th day of August, 2025.

---

equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.